# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CARRIE ELIZABETH TINGLE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-0228-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 29th day of March, 2018.

                                          s/P. BRADLEY MURRAY
                                          **UNITED STATES MAGISTRATE JUDGE**